Frederick L. **PITCHFORD**, Appellant,

v.

**CITY OF EARLE, ARKANSAS;** Sherman Smith, Individually and in official capacity as Mayor of Earle, Arkansas; Sylvia Layton, Individually and in official capacity as Clerk of the City of Earle, Arkansas; Robert Malone, Individually and in official capacity as member of Earle City Council; Sara Johnson, Individually and in official capacity as member of Earle City Council; Ann Pickering, Individually and in official capacity as member of Earle City Council; Jesse Selvy, Individually and in official capacity as member of Earle City Council; Bobby Luckett, Individually and in official capacity as member of Earle City Council; Donnie Cheers, Individually and in official capacity as member of Earle City Council; Leroy Bowling, Individually and in official capacity as member of Earle City Council; L. Manual Clouse, City Inspector, Earle, Arkansas, Appellees.

No. 07–3747.

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2009.

Filed: April 8, 2009.

Frederick L. Pitchford, Earle, AR, pro se.

Davis H. Loftin, West Memphis, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Frederick Pitchford appeals the district court's[1] adverse grant of summary judgment in his civil-rights action against the City of Earle, Arkansas, and some of its officials. After careful review, *see Jacob-Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.